UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                      :

ERNESTO ACOSTA individually and as    :
executor of the estate of Tiennet Acosta,  :
deceased,                            :

                                  :                    23-CV-3551 (VSB)
                          Plaintiff,  :

                                  :             **ORDER AND NOTICE OF**
            -against-            :             **INITIAL CONFERENCE**
                                  :

UNITED STATES OF AMERICA, VETMED :
GROUP LLC, VICTOR BYKOV, LORETTA :
SETTONNI, NEW YORK CITY HEALTH   :
AND HOSPITALS CORPORATION, and   :
DEBORAH JO CONWAY,            :

                                  :
                        Defendants.  :
----------------------------------------------------------X


VERNON S. BRODERICK, United States District Judge:

        This case has been assigned to me for all purposes.  It is hereby:

        ORDERED that the Court will not be holding an initial pretrial conference.

        IT IS FURTHER ORDERED that, by July 31, 2023, the parties submit a joint letter, not

to exceed three (3) pages, providing the following information in separate paragraphs:

    1.     A brief description of the nature of the action and the principal defenses
           thereto;

    2.     A brief explanation of why jurisdiction and venue lie in this Court.  If any
           party is a corporation, the letter shall state both the place of incorporation
           and the principal place of business.  If any party is a partnership, limited
           partnership, limited liability company or trust, the letter shall state the
           citizenship of each of the entity's members, shareholders, partners and/or
           trustees;

    3.     A brief description of all contemplated and/or outstanding motions;

    4.     A brief description of any discovery that has already taken place, and/or
           that which will be necessary for the parties to engage in meaningful
           settlement negotiations;

5.      A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6.      The estimated length of trial; and

7.      Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed

case management plan and scheduling order.  A template for the order is available at

http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management

plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic

Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-

instructions.

SO ORDERED.

Dated:    July 17, 2023
          New York, New York

_____
Vernon S. Broderick
United States District Judge

2