```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO ACOSTA, *as Executor of the Estate of Tiennet Acosta, Deceased,* et al.,

    Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.

    Defendants.

23-CV-3551 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's pre-settlement telephonic conference, the settlement conference scheduled for tomorrow, April 9, 2024, is ADJOURNED *sine die*.

    The parties are directed to meet and confer concerning their expert discovery schedule and then promptly seek any necessary extensions from the district judge. Once their expert discovery schedule is in place, the parties shall promptly contact my chambers to schedule a settlement conference on a mutually convenient date.

Dated: New York, New York
       April 8, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**