USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO ACOSTA, *as Executor of the Estate of Tiennet Acosta, Deceased*, et al.,

Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

Defendants.

23-CV-03551 (VSB) (BCM)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference previously scheduled for April 9, 2024 (*see* Dkt. 85) has been rescheduled to **November 6, 2024**, at **2:15 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **October 30, 2024**, after exchanging settlement offers as required (*see* Dkt. 58 ¶ 2), the parties shall submit their Confidential Settlement Letters and Acknowledgment Forms to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov. (*See* Dkt. 58 ¶¶ 3-4.)

Dated: New York, New York
September 16, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**