U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 3, 2024

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

Date: December 4, 2024

Re:   *Acosta v. United States of America, et al.,* No. 23 Civ. 3551 (VSB)

Dear Judge Broderick:

This Office represents defendant the United States of America (the "United States") in the above-referenced action brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671 *et seq*. We write respectfully, on behalf of the United States and the Plaintiff (the "Settling Parties"), to inform the Court that the United States and the Plaintiff have reached an agreement in principle to resolve the claims in this matter. The United States anticipates that it will seek to dismiss its third-party contribution claims against Deborah Conway and New York City Health and Hospitals Corporation in connection with the finalized anticipated settlement agreement.

Accordingly, the United States and Plaintiff respectfully request that the Court stay discovery with respect to Plaintiff's claims against the United States and the United States' third-party claims for 30 days, to permit the Settling Parties to negotiate and draft a stipulation of dismissal.

We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ *Mollie Kornreich*
MOLLIE KORNREICH
MARY ELLEN BRENNAN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-3274/2652

cc: Counsel of record (by ECF)