UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ERNESTO ACOSTA,

                          Plaintiff

                          -against-                        23-CV-3551 (VSB)

                                                  **ORDER**
    UNITED STATES OF AMERICA, *et. al.*,

                          Defendants.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On December 3, 2024, Defendant United States submitted a joint letter with Plaintiff indicating that the United States and Plaintiff have reached an agreement in principle to resolve Plaintiff's claims against the United States. (Doc. 111.) The United States also anticipated dismissal of its third-party contribution claims against Deborah Conway and New York City Health and Hospitals Corporation in connection with the agreement. (*Id.*)

       On December 10, 2024, I ordered that the parties file a joint letter by January 10, 2025 with a status update of the case and, if necessary, whether they seek to have a post-discovery conference. (Doc. 114.) On December 27, 2024, Plaintiff filed a proposed Order of Compromise and accompanying papers as a result of a potential settlement regarding Plaintiff's claims against the United States. (Docs. 115–117.) The Order of Compromise was referred to Magistrate Judge Barbara C. Moses. (Doc. 119.)

       The parties have failed to file a joint status letter by January 10, 2025. Even if a settlement were reached between Plaintiff and Defendant United States, Plaintiff's claims against Defendant Settonni remain. Accordingly, it is hereby:

2

     ORDERED that the parties file a joint letter, on or before January 31, 2025, updating the Court with the status of the case and, if necessary, whether they seek to have a post-discovery conference.

SO ORDERED.

Dated:    January 13, 2025
            New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge